IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHANE ELLIE BOYDSTON                                                                                    PLAINTIFF

v.                                         CASE NO. 2:23-cv-2102

CAPTAIN DUMAS,
LT. McINTYRE,
CPL. ABERNATHY,
SHERRIF HOBE RUNION,
DEPUTY DUMAS
(All of Sebastian County Detention Center)                                                       DEFENDANTS

# ORDER

The Court has received a report and recommendation (Doc.30) from U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' Partial Motion for Summary Judgment (Doc. 22). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' Partial Motion for Summary Judgment (Doc. 22) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this July 30, 2024.

/s/ P. K. Holmes III

P.K. HOLMES III
U.S. DISTRICT JUDGE